# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL CASE NO. 5:19-cv-00074-MR

DEMIRUS JEROME    )
CRAWFORD,      )
           )
     Plaintiff,  )
           )
vs.          )    <u>ORDER</u>
           )
ISLAM ABDLEGHAFAR,   )
           )
     Defendant.  )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's letter [Doc. 56], which the Court construes as a motion to enforce settlement.

Pro se Plaintiff Demirus Jerome Crawford ("Plaintiff") filed an action under 42 U.S.C. § 1983 on June 10, 2019. [Doc. 1]. On August 2, 2021, the Court granted in part and denied in part Defendant's motion for summary judgment. [Doc. 44]. Thereafter, the Court referred this case to United States Magistrate Judge W. Carleton Metcalf for the purpose of conducting a judicial settlement conference for the remaining claims. [Doc. 49]. The settlement conference was conducted telephonically on October 7, 2021 by the Magistrate Judge. [10/7/2021 Docket Entry]. The parties reached a settlement as to all issues and the Magistrate Judge ordered that a

stipulation of dismissal be filed by November 8, 2021. [10/17/2021 Docket Entry]. On November 4, 2021, Defendant filed a Stipulation of Dismissal with Prejudice, which had been signed by Plaintiff on November 3, 2021. [Doc. 55].

On December 7, 2021, Plaintiff filed a letter with the Court in which he states that he signed the "settlement agreement papers a month an[d] a half ago," but "ha[s] yet to receive the deposit to [his] trust fund account." [Doc. 56]. Before acting to enforce the settlement agreement, the Court will require Defendant to provide the Court with an update on the status of the execution of the terms of the parties' settlement agreement.

**IT IS, THEREFORE, ORDERED** that the Defendant and his counsel shall respond within seven (7) days of this Order advising the Court of the status of the execution of the terms of the parties' settlement agreement. If any terms have not yet been executed, Defendant shall explain why not and advise the Court when such term(s) will be executed.

**IT IS SO ORDERED**.

Signed: December 17, 2021

Martin Reidinger
Chief United States District Judge

2